COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Kyle Dean Kuykendall v. The State of Texas

Appellate case number:    01-18-00930-CR

Trial court case number:  B15-684

Trial court:              198th District Court of Kerr County[1]

Without agreed recommendations from the State, appellant, Kyle Dean Kuykendall, pleaded guilty to the felony offenses of failure to appear. The trial court found appellant guilty, assessed his punishment at confinement for ten years, and certified that appellant has the right to appeal. A clerk's record was filed on September 24, 2018; and supplemental clerk's records were filed on October 2, 2018, and November 28, 2018. A reporter's record was filed on October 12, 2018.

Accordingly, appellant's brief is due to be filed in this appeal no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: _/s/ Russell Lloyd_____
                   ☒ Acting individually    ☐ Acting for the Court

Date:   __December 4, 2018_____

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred the appeal to this Court from the Court of Appeals for the Fourth District of Texas. *See* Misc. Docket No. 18-9130 (Tex. Sept. 26, 2018); *see also* TEX. GOV'T CODE ANN. § 73.001 (West 2015) (authorizing transfer of cases).